B2170 (Form 2170) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Northern District of New York

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>John Hajjar<br><br>xxx−xx−8544<br>354 Colonie St<br>Albany, NY 12206−3216 | )<br>)<br>)<br>)Case Number: 16−11577−1−rel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)Chapter: 7<br>) |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Paul Arthur Levine−Trustee is discharged as trustee of the estate of the above named debtor(s), and the bond is cancelled.

The case of the above named debtor(s) is closed.

Albany, NY
DATED: 3/21/17

*BY THE COURT*

Robert E. Littlefield Jr.
U.S. Bankruptcy Judge